UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BOTKIER, INC.                                               :
                                                            :
                          Plaintiff,                        :     2007 CV 11043
                                                            :
-against-                                                   :     (RJS/AJP)
                                                            :
COSTCO WHOLESALE CORP., and                                 :
JANE & JOHN DOES 1-99,                                      :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the United States District Court for the Southern District of New Your to evaluate possible disqualification or recusal, the undersigned counsel for Botkier, Inc., (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said Botkier, which are publicly held.

DATED: December 5, 2007                    Respectfully submitted,
                                                   Bjorn J. Holubar /s/
                                           Bjorn J. Holubar, Esq. (BH-9691)
                                           Christopher B. Turcotte (CT-0867)
                                           1-516-446-1546 (direct phone)
                                           1-646-334-8312 (phone)
                                           1-646-417-6017 (fax)
                                           575 Madison Ave - 10th Floor
                                           New York, New York 10022
                                           Attorney for Plaintiff