UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

BOTKIER, INC.,

                Plaintiff,

-v-

COSTCO WHOLESALE CORP., and JANE & JOHN DOES 1-99,

                Defendants.

No. 07 Civ. 11043 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that counsel for all parties shall appear for a conference regarding plaintiff's proposed "Order to Show Cause with Temporary Restraints" on Friday, December 7, 2007, at 2:30 p.m. in the United States District Court, 500 Pearl Street, New York, New York, Courtroom 21C. Prior to the conference, plaintiff is directed to serve a copy of the proposed order, as well as the papers offered in support thereof, upon counsel for defendants.

SO ORDERED.

DATED:    New York, New York
              Dec. 5, 2007

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE