UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                              :
BOTKIER, INC.                                                 :
                                                              :
                                      Plaintiff,              :        2007 CV 11043
                                                              :
-against-                                                     :        (RJS/AJP)
                                                              :
COSTCO WHOLESALE CORP., and                                   :
JANE & JOHN DOES 1-99,                                        :
                                                              :
                                      Defendants.             :
                                                              :
--------------------------------------------------------------X

### Certificate of Service

I, Bjorn J. Holubar, hereby certify and affirm under the penalty of perjury I am over the age of 18 am not a party to the action, I caused copies of Plaintiff's:

  1) the Civil Case Information Sheet;
  2) Plaintiff's Summons;
  3) Plaintiff's Complaint;
  4) Plaintiff's Rule 7.1 Statement;
  5) Plaintiff's Order to Show Cause;
  6) Plaintiff's Memorandum of Law in Support;
  7) Plaintiff's Declaration with Exhibits in Support;

  8) Judge Richard J. Sullivan's Individual Practices, and
  9) Judge Andrew J. Peck's Individual Practices.

to be served by HAND on the registered agent for defendant Costco Wholesale Corp, CT Corp, on 111 8th Avenue, New York, New York at 1:50pm on December 7, 2007 on a person of suitable age and discretion Sabine Ambrose, being African American, @ 5'8" in height; 135lbs; black curly hair; dark eyes; who represented that she was authorized to accept service beiung a "Process Specalist" and prior by EMAIL on counsel for defendant Costco James W. Dabney, Esq. Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 via email PDF on December 5, 2007.

DATED: December 7, 2007                    Bjorn J. Holubar /s/
                                           Bjorn J. Holubar, Esq. (BH-9691)