UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
BOTKIER, INC.,                                                          :
                                                                        :
                              Plaintiff,        :    **ECF CASE**
                                                                        :
            - against -                         :    07 Civ. 11043 (RJS)
                                                                        :
COSTCO WHOLESALE CORPORATION, et al.,           :
                                                :    **RULE 7.1**
                              Defendants.       :    **DISCLOSURE STATEMENT**
                                                                        :
------------------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, Costco Wholesale Corporation ("Costco") states that it has no parent corporation and that no publicly held corporation owns 10% or more of Costco's corporate stock.

Dated:  New York, New York
        January 2, 2008

                      FRIED, FRANK, HARRIS, SHRIVER
                            & JACOBSON LLP


                      By:    /s/   James W. Dabney
                            James W. Dabney
                            Darcy M. Goddard

                      One New York Plaza
                      New York, New York 10004-1980
                      Telephone:  (212) 859-8000
                      E-mail:  james.dabney@friedfrank.com

                      Attorneys for Defendant
                      Costco Wholesale Corporation

561547